IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| William C. Price, Jr., | ) Civil Action No. 0:13-cv-3541-RBH |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Carolyn W. Colvin, | ) |
| Acting Commissioner of the | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the decision of the Acting Commissioner of Social Security (Commissioner) in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further agency action, in lieu of answering, it is ordered that this matter be remanded to the Appeals Council, so that it may issue an order remanding this case to an ALJ for further development of the record.

Upon remand, the Appeals Council will issue a favorable decision on the current claim finding Plaintiff disabled as of September 1, 2011. The Appeals Council will find Plaintiff disabled by direct application of rule 202.06 (applying the age categories non-mechanically to find he should be treated as being of advanced age on such date).

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings, as specified above. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 25th day of September, 2014.

s/R. Bryan Harwell<br>R. Bryan Harwell<br>United States District Judge

2